AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:23-cr-00394 |
| | ) | Assigned To : McFadden, Trevor N. |
| KEVIN QUATTLEBAUM | ) | Assign. Date : 11/9/2023 |
| | ) | Description: Indictment (B) |
| | ) | Related Case: 20-cr-90 (TNM) |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   KEVIN QUATTLEBAUM ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Four Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl, and a Detectable Amount of Heroin;
21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Cocaine, and a Detectable Amount of Cocaine Base;

FORFEITURE:  21 U.S.C. § 853(a) and (p)

2023.11.09
17:28:39 -05'00'

Date:  11/09/2023

*Issuing officer's signature*

City and state:  WASHINGTON, D.C.        G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/28/23, and the person was arrested on *(date)* 11/29/23
at *(city and state)* Washington DC.

Date: 11/30/23

*Arresting officer's signature*

Kevin Fleenor TFO
*Printed name and title*